

FILED
DEC 16 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

DAVID LEE PARKER,

    Petitioner,

v.

    Case Number A05-0279 CV (JKS)

COMMISSIONER of the
DEPARTMENT OF CORRECTIONS,
for the STATE OF ALASKA,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this action is DISMISSED without prejudice.

APPROVED:

_____
JAMES K. SINGLETON, JR.
United States District Judge

__12/15/05__
Date

Ida Romack
Clerk of Court

(By) Deputy Clerk

A05-0279--CV (JKS)  DM  12-16-05

D. PARKER
DSJ 11922